UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RODNEY JONES,

        Plaintiff,

v.                         CASE NO. 8:05-CV-2358-T-17TGW

DIVERSIFIED BEHAVIORAL
HEALTH SOLUTIONS, d/b/a
CENTRAL FLORIDA YOUTH
SERVICES,

        Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 1 Complaint
Dkt. 33 Report and Recommendation

The Complaint in this case is a claim for retaliation under Title VII (Count I), and the Florida Civil Rights Act (Count II).

In the Complaint, Plaintiff requests declaratory and injunctive relief, and requests the award of compensatory and punitive damages, as well as the award of attorney's fees and costs. The Court notes that Defendant is no longer in business, and therefore the request for injunctive relief is moot.

Defendant filed an Answer in this case. Defendant is a corporation, and is required to be represented by counsel. Defendant's counsel moved to withdraw, which was granted. Defendant did not obtain new counsel. The Court directed Defendant to show cause why sanctions should not be entered for failure to comply with the Local Rules. No response was filed.

Case No. 8:05-CV-2358-T-17TGW

Plaintiff moved for entry of default judgment against Defendant (Dkt. 23). A Clerk's default was entered (Dkt. 25). The assigned Magistrate Judge granted Plaintiff's Motion to Compel discovery responses (Dkt. 29), to which Defendant did not respond. This case was referred to the assigned Magistrate Judge to conduct an evidentiary hearing. Defendant's registered agent notified the Court of Defendant's inability to defend this case. (Dkt. 30). Plaintiff attended the evidentiary hearing, and Defendant did not attend the hearing.

The assigned Magistrate Judge entered a Report and Recommendation recommending that Plaintiff be awarded $81,500 in back pay, $10,000 for emotional distress, and $20,000 for punitive damages.

The Court has independently examined the record of this case. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts the Report and Recommendation, which is incorporated herein by reference. Accordingly, it is

**ORDERED** that Plaintiff's Motion for entry of Final Default Judgment is **granted** (Dkt. 23). The Court **adopts** the Report and Recommendation, and incorporates it by reference. The Court awards Plaintiff $81,500 in back pay, $10,000 for emotional distress, and $20,000 in punitive damages, for a total of $111,500, for violation of Title VII. The Court reserves jurisdiction for the award of fees and costs, and any motion, with appropriate documentation, shall be filed within ten days. The Clerk of Court shall enter a Final Default Judgment in favor of Plaintiff Rodney Jones against Defendant Diversified

2

Case No. 8:05-CV-2358-T-17TGW

Behavioral Services, Inc. in the amount of $111,500, for which execution shall issue. The Court dismisses Count II with prejudice. The Clerk of Court shall close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 24th day of October, 2007.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record