```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

RODNEY JONES,

        Plaintiff,

v.                       CASE NO.  8:05-CV-2358-T-17TGW

DIVERSIFIED BEHAVIORAL
HEALTH SOLUTIONS, INC.,
d/b/a Central Florida
Youth Services, Inc.,

        Defendant.

_____/

# FINAL JUDGMENT

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that a Final Judgment as to attorney's fees and costs is entered in favor of Plaintiff, Rodney Jones, and against Defendant, Diversified Behavioral Health Solutions, Inc., in the amount of $8,940.00, for which sum let execution issue.

Dated: June 13, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties